IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                                    CIVIL ACTION NO.: 3:23CV67-NBB-RP

ALIAH STRONG                                                                       DEFENDANT

## DEFAULT JUDGMENT

The Defendant, Aliah Strong, having failed to appear, plead or otherwise defend in this action, and default having been entered on July 24, 2023, and counsel for Plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Aliah Strong, in the amount of $23,332.00 plus interest on the judgment at the legal rate until the judgment is satisfied, and a filing fee of $402.00.

This the 26th day of July, 2023.

s/ David Crews
Clerk of Court by jla